June 01, 2007

Mr. R. Hayden Burns
Liskow & Lewis, P.C.
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Ms. Katrina Dannhaus Packard
Katrina Dannhaus Packard, P.C.
P.O. Box 119
Schulenburg, TX 78956

RE: Case Number: 05-0686
 Court of Appeals Number: 13-02-00046-CV
 Trial Court Number: 13-879-A

Style: FIRST COMMERCE BANK, F/K/A BRAZOSPORT BANK OF TEXAS
 v.
 CHRISTINE PALMER, INDIVIDUALLY, AND CHRISTINE PALMER AND FREDERICK A.
 PALMER III, INDEPENDENT CO-EXECUTORS OF THE ESTATE OF FREDERICK A.
 PALMER, JR.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Joyce Hudman |
| |Ms. Karen Sue |
| |Neeley |
| |Mr. John Mark |
| |Heasley |